**PRISONER CASE**

FILED MHN
JUL 0 8 2008 NF
7-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** DUBOIS WILLIAMS

**Defendant(s):** COOK COUNTY PUBLIC DEFENDER OFFICE OF CHICAGO, ILLINOIS

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**

DuBois Williams
B-44780
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**

08CV3879
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** *[signature]*   **Date:** 07/08/08