6-23-08

08CV3879
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

I apologize for my mailing Process of two standard mailing envudpes. And the contents of my PARPER is (IN FORMA) APPLICATION And FINANCIAL AFFIDAVIT were mail together, IN SEPARATE LETTERS.

S. CT RULE 12 C mailing time

Mail at Dixon Correctionate center 2600 N Brinton Ave P.O. Box 1200 Dixon, Illinois 61021

H.U. NW 31-08

FILED
Low
JUL 7 2008
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

From Dubois A. Williams
R47780

To: Clerk of the U.S. District Court
Prisoner Correspondence
219 S. Dearborn ST.
Chicago, IL. 60604