## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3879 | **DATE** | 8/19/2008 |
| **CASE TITLE** | DuBois Williams (B-44780) vs. Cook County Public Defender Office | | |

**DOCKET ENTRY TEXT**

The Court's docket does not reflect that the Plaintiff has paid the required filing fee or filed an in forma pauperis application with the Court. Plaintiff is given until 09/16/08 to pay the required filing fee or file a properly completed in forma pauperis application. Plaintiff is warned that failure to pay the required filing fee or file a properly completed in forma pauperis application by 09/16/08 will result in a dismissal of the action for want of prosecution.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|